Argued and submitted May 28, affirmed August 20, 2008, petition for review denied January 13, 2009 (345 Or 618)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

LEKISHIA RENEA WILLIAMS,
aka Lekishia R. Williams,
aka Lekishia Rene Williams,
aka Lekishia Renee Williams,
aka Lekishia Wilyams,
aka Lekishia Williams,
aka Lakeishia Renee Williams,
aka Cophia Lorraine Phelps,
*Defendant-Appellant.*

Multnomah County Circuit Court
051036267; A131158

191 P3d 762

Anne Fujita Munsey, Senior Deputy Public Defender, argued the cause for appellant. On the opening brief were John L. Susac and Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services. On the supplemental brief was Anne Fujita Munsey.

Paul L. Smith argued the cause for respondent. On the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Brewer, Chief Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM

